## BRENT v. UNITED STATES.
## BRENT et al. v. SAME.

### Nos. 10308, 10309.

Circuit Court of Appeals, Fifth Circuit.

Dec. 5, 1942.

J. Emmett Baird, of Atlanta, Ga., and G. W. Gill, of New Orleans, La., for appellants.

Lawrence S. Camp, U. S. Atty., and J. Ellis Mundy, Asst. U. S. Atty., both of Atlanta, for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

A review of the evidence established that the cases were properly submitted for the judgment of the jury upon the facts. What happened on the way from Florida to Atlanta, as well as what happened short-

ly after arrival in Atlanta, affords sufficient basis for inference as to the purpose with which the woman concerned was transported from one State to the other.

No error appearing, the judgments are affirmed.